UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

                              Plaintiff,

               -against-

KR TRUCKING, INC. et al.,

                              Defendants.

24-cv-2319 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

This case was removed from state court on March 27, 2024. Dkt. 1. The Court scheduled an initial pretrial conference for May 15, 2024, and required that the parties file a letter and proposed case-management plan the week before. Dkt. 4. The parties have missed that deadline, and Plaintiff has yet to appear.

In addition, the notice of removal itself appears to be deficient. Although the notice does not say when the complaint was served on Defendants, it says that Defendants' answer was filed on February 9, 2024, far more than thirty days before the notice of removal was filed in this Court. Dkt. 1; Dkt. 1-2.

By May 14, 2024, Defendants shall file a letter, not exceeding three pages, explaining (1) why this case should not be dismissed as untimely under 28 U.S.C. § 1446, (2) whether Defendants have notified Plaintiff of their removal, and (3) why Defendants failed to comply with the Court's March 28 order.

SO ORDERED.

Dated: May 10, 2024
        New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge