UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAOLA ARIAS,<br><br>      Plaintiff,<br><br>  -against-<br><br>K R TRUCKING, INC.,<br><br>      Defendants. | 24-cv-2319 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On May 15, 2024, the Court held a remote conference in this case. The parties indicated that they would confer about consenting to proceed before a Magistrate Judge. They have yet to file anything further. By May 30, 2024, the parties shall either submit a signed magistrate-consent form or a joint case-management plan. If the latter, the parties should not indicate which side declined to proceed before a Magistrate Judge.

SO ORDERED.

Dated: May 28, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge