```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/24/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

        Plaintiff,

  -against-

KR TRUCKING, INC. et al.,

        Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On May 30, 2024, this Court ordered the parties to file a Pre-Conference Statement no later than one week (seven calendar days) prior to the June 27, 2024 conference. (Dkt. 16.) The parties' deadline for filing a Pre-Conference Statement came and went, but the parties have not submitted a Pre-Conference Statement. It is hereby ORDERED that, no later than **June 25, 2024**, the parties shall file the previously ordered Pre-Conference Statement.

Dated: New York, New York
       June 24, 2024

                          **SO ORDERED.**

                          _____

                          **BARBARA MOSES**
                          **United States Magistrate Judge**