

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/7/2024__

November 6, 2024

**MEMO ENDORSED**

Magistrate Judge Barbara Moses
United States District Court, Southern District
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:    Arias, Paola v. K R Trucking Inv et al
             Docket No. 24 CV 2319 (BCM)
             Our File No.:  2926

Dear Judge Moses:

      Please accept this Joint Status Letter and request to hold the status conference scheduled for November 12, 2024 via telephone. All automatic disclosures, document discovery requests and responses have been completed by all parties. Party depositions have not been completed however are scheduled for November 19th (Plaintiff) and November 22nd (Defendant). Counsel conferred on and agreed that there are no current electronic discovery needs. It is anticipated that defendant will schedule medical examinations of plaintiff after the completion of her deposition.

      Thank you for your attention to this matter.

                            Very truly yours,

                            *Richard E. Noll*

                            Richard E. Noll (RN8768)

Cc: Sean Hutchinson, Esq.

> Application DENIED. The status conference scheduled for **November 12, 2024**, at **10:00 a.m.**, will be held in Courtroom 20A, 500 Pearl Street, New York, New York.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> November 7, 2024