```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

    Plaintiff,

 -against-

KR TRUCKING, INC. et al.,

    Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

 Judge Moses will hold a status conference on **January 14, 2025**, at **10:00 a.m.** No later than **January 7, 2025**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
   November 12, 2024

            **SO ORDERED.**

            _____
            **BARBARA MOSES**
            **United States Magistrate Judge**