```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

        Plaintiff,

    -against-

KR TRUCKING, INC. et al.,

        Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's status conference, it is hereby **ORDERED** that any motion by plaintiff's counsel for leave to withdraw as counsel must be filed, in compliance with Local Civil Rule 1.4, no later than **January 28, 2025**. Counsel must serve plaintiff with a copy of his withdrawal motion and all supporting documents, both my mail and by whatever electronic method (e.g., email) counsel believes to be most reliable, and file proof of such service on the docket.

    Should defendant wish to move for sanctions relating to plaintiff's failure to appear for her deposition, it must file a letter-motion, in compliance with Local Civil Rule 37.2 and Fed. R. Civ. P. 37(d) no later than **February 4, 2025**.

Dated: New York, New York
       January 14, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**