```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

        Plaintiff,

-against-

KR TRUCKING, INC. et al.,

        Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the motion of plaintiff's attorney Richard Noll to withdraw as counsel for plaintiff. (Dkt. 27.) Any opposition to the motion is due no later than **February 4, 2025**. Should plaintiff oppose the motion, and should she wish to submit confidential materials in support of her opposition, she may send such materials directly to chambers by mail or courier, addressed to "Chambers of Magistrate Judge Barbara Moses, United States District Court, 500 Pearl Street, New York, NY 10007," marked, "Confidential Material."

    The Court will schedule a hearing on this motion should it deem one necessary.

    Attorney Noll must serve plaintiff with a copy of this Order, both by mail and by whatever electronic method (e.g., email) he believes to be most reliable, and file proof of such service on the docket. The Court notes that the email address for plaintiff contained in the Affidavit of Service of the motion papers includes the domain name "iclud.com" (Dkt. 27-4) and directs Attorney Noll to check whether the motion papers were sent to an incorrect email address in error, and, if so, to resend those materials to plaintiff's correct email address.

Dated: New York, New York
       January 22, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**