```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

      Plaintiff,

-against-

KR TRUCKING, INC. et al.,

      Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendants' letter-motion dated February 4, 2025 (Dkt. 30) and plaintiff's letter in opposition dated February 5, 2025. (Dkt. 31.) The Court construes defendants' moving letter as a motion made pursuant to Fed. R. Civ. P. 37(d). Therefore, in accordance with Local Civ. R. 6.1(a), defendants' reply letter is due no later than **February 7, 2025**.

Dated: New York, New York
       February 5, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**