USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

       Plaintiff,

-against-

KR TRUCKING, INC. et al.,

       Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's conference:

1. Attorney Noll's motion to withdraw as counsel for plaintiff (Dkt. 27) is GRANTED. Attorney Noll's withdrawal will be effective upon proof of service of this Order on plaintiff Paola Arias, by mail and email.

2. No later than **March 21, 2025**, plaintiff's new counsel must file a notice of appearance on the docket.

   Alternatively, if plaintiff chooses to represent herself, she must, by **March 21, 2025**, file a Notice of Pro Se Appearance, providing her contact information, by mailing or delivering the Notice to the Pro Se Intake Unit at 500 Pearl Street, Room 205, New York, New York, 10007, or emailing it to ProSe@nysd.uscourts.gov. The Notice is attached to this Order, and available on the Court's website at https://nysd.uscourts.gov/node/826.

   Plaintiff is warned that if she neither retains new counsel nor files a Notice of Pro Se Appearance by this deadline, her case may be dismissed.

3. Defendants' motion for sanctions (Dkt. 30) is GRANTED to the extent that defendants may recover their reasonable costs, including attorney's fees, incurred in preparing for and attending the deposition of plaintiff. The award will run against plaintiff Arias alone.

4. Defendants must file their fee application no later than **April 2, 2025**, supported by one or more declarations setting forth their reimbursable fees and costs, and attaching properly authenticated contemporaneous time records reflecting compensable attorney and other professional time, properly authenticated documentation of all other compensable expenses, and admissible evidence regarding the reasonable rates actually charged to and paid (or owed) by defendants.

   All relief not expressly granted herein is DENIED.

      The Court notes that plaintiff's hospital records attached to plaintiff's response to defendants' sanctions motion, at Dkt. 31-4, are currently filed unsealed on the public docket. The Clerk of Court is respectfully directed to SEAL Dkt. 31-4 at the "selected parties" level so that the records are available only to the parties, their counsel, and court staff.

      The Clerk of Court is also directed to close the motions at Dkts. 27 and 30.

Dated: New York, New York         **SO ORDERED.**
       February 20, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                    |
|--------------------|
|                    |
|                    |
| Plaintiff(s),      |

-against-

|                    |
|--------------------|
|                    |
|                    |
| Defendant(s).      |

Docket No: _____CV_____(    )(    )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

Name (Last, First, MI)

Address            City                State              Zip Code

Telephone Number                       e-mail address

Date                                   Signature