USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ARIAS,

        Plaintiff,

-against-

KR TRUCKING, INC. et al.,

        Defendants.

24-CV-2319 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court set a deadline of March 21, 2025 for plaintiff to either (1) retain new counsel to file a notice of appearance on behalf of plaintiff, or (2) file a Notice of Pro Se Appearance. 2/20/25 Order (Dkt. 36) ¶ 2. Plaintiff was warned that failure to comply may result in dismissal of this action. *Id.* Plaintiff's deadline has come and gone, and she has neither retained new counsel nor filed a Notice of Pro Se Appearance. In light of plaintiff's pro se status, the Court *sua sponte* extends plaintiff's deadline to **May 5, 2025**. **If plaintiff neither retains new counsel nor files a Notice of Pro Se Appearance by May 5, 2025, this action will be dismissed for failure to prosecute.**

Dated: New York, New York
       April 4, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**